TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00499-CV






Appellant, Marc R. Wein // Cross-Appellants, William Sherman and Eduardo Alarcon


v.


Appellees, William Sherman and Eduardo Alarcon // Cross-Appellee, Marc R. Wein






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. D-1-GN-06-001292, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING




O R D E R



PER CURIAM

 Cross-Appellant Eduardo Alarcon has filed an unopposed motion to dismiss his
cross-appeal. He represents that his name was listed by mistake in cross-appellants' notice of appeal
and subsequent documents and that William Sherman is the only properly named cross-appellant in
this matter. Accordingly, we grant Alarcon's motion to dismiss his cross-appeal. See Tex. R. App.
P. 42.1. We direct the clerk of this Court to re-style the caption of the instant appeal as follows:


Appellant, Marc R. Wein // Cross-Appellant, William Sherman


v.

Appellees, William Sherman and Eduardo Alarcon // Cross-Appellee, Marc R. Wein


It is so ordered April 15, 2011. 

Before Chief Justice Jones, Justices Henson and Goodwin